UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-015-EFS-25 |
| ) | |
| Plaintiff, ) | ORDER GRANTING UNOPPOSED |
| ) | MOTION TO MODIFY CONDITIONS |
| v. ) | OF RELEASE |
| ) | |
| KURTIS L. GILLESPIE, a/k/a ) | |
| "Dave," ) | |
| ) | |
| Defendant. ) | |
| ) | |

   BEFORE THE COURT is Defendant's unopposed Motion to modify.  For good cause, **IT IS ORDERED** that the Defendant's Motion **(Ct. Rec. 1181)** is **GRANTED.**  Defendant's curfew is lifted and he no longer shall be subject to a curfew.

   DATED November 10, 2009.


                         S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1