**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

April 30, 2012

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO  Spokane

The Honorable Edward F. Shea
U.S. District Judge
Eastern District of Washington
Federal Building
Richland, WA 99352

> RE: GILLESPIE, Kurtis L.
> DOCKET NO: 2:09CR00015-025
> **REQUEST FOR RELEASE FROM RRC**

Dear Judge Shea:

On December 9, 2011, Mr. Gillespie's term of supervision commenced. The offender was subsequently placed at the residential reentry center (RRC), at Port of Hope (POH), in Coeur d'Alene, Idaho, as a condition of his supervision.

On April 27, 2012, this officer met with the offender's landlord to conduct a home inspection of his proposed release address at                    in Spokane Valley, Washington. This officer found this release address to be acceptable for the offender to reside, upon his release from the RRC.

Since the offender's placement at the RRC, this officer has worked closely with the offender, his case manager, and his substance abuse counselor. Mr. Gillespie secured employment with Terry's Dairy as a truck driver, and with American Directions Group (ADG), as a telemarketer. Both employers are located in Spokane.

Mr. Gillespie has met all his goals while at the RRC, to enable him to be successful on supervision. As a result, it is respectfully recommended that Mr. Gillespie be released from the RRC.

Gillespie, Kurtis L.
April 30, 2012
Page 2

                            Respectfully submitted,

                            s/Brenda J. Kuest      04/30/2012

                            Brenda J. Kuest          Date
                            Drug & Alcohol Treatment Specialist
                            U.S. Probation Officer

Approved By:


s/M. D. Elvin          04/30/2012
M.D. Elvin            Date
Deputy Chief U.S. Probation Officer

BJK:dle

THE COURT ORDERS

[ ]    No Action
[X]   Release from RRC Placement
[ ]    Other


                            **s/ Edward F. Shea**
                            Signature of Judicial Officer


                            **April 30, 2012**
                            Date